Kathryn Tassinari, OSB# 80115
Brent Wells, OSB # 85403
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KATHLEEN SHERRY, | ) |
| | ) Civil No. 05-6351-KI |
| vs. | ) |
| | ) ORDER FOR PAYMENT OF ATTORNEY'S |
| LINDA S. McMAHON, | ) FEES PURSUANT TO EAJA |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

After considering the stipulated Motion for entry of an order awarding plaintiff's attorney fees submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted in the sum of $3,338.24 as full settlement of any and all claims for attorney fees under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 1st day of Feb, 2007.

_____
U.S. District Judge

PRESENTED BY:

By: _s/ Kathryn Tassinari_
    Kathryn Tassinari, OSB#80115

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA